UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SALVATIERRA CARRASCO
SOCRATES RAUL,

              Petitioner,

    v.

WARDEN, et al.,

              Respondents.

Case No. 5:26 -cv-01622-SRM-SSC

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, the Petition for Writ of Habeas Corpus is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: May 8, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-